FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 12 2015

CHRISTOPHER A. PRINE

CLERK _____



## MANDATE

## Court of Appeals

## First District of Texas

### NO. 01-14-00293-CV

STEVEN VENTURI AND MARLENA ROBERTS, Appellants

V.

ANETTA MALONEY AND TOK LOGISTICS LTD. CO., Appellees

Appeal from the 434th Judicial District Court of Fort Bend County, Texas.   (Tr. Ct. Cause No. 12-DCV-197513).

**TO THE 434TH JUDICIAL DISTRICT COURT OF FORT BEND COUNTY, GREETINGS:**

Before this Court, on the 16th day of September, 2014, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellants, Steven Venturi and Marlena Roberts. Accordingly, the Court **dismisses** the appeal.

> The Court **orders** that costs be taxed against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 16, 2014.

Per curiam opinion delivered by panel consisting of Justices Higley, Bland, and Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 21, 2014

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT



# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00293-CV

**Steven Venturi and Marlena Roberts**

**v.**

**Anetta Maloney and Tok Logistics LTD Co.**

NO. 12-DCV-197513 IN THE 434TH DISTRICT COURT OF FORT BEND COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 09/03/2014 | E-PAID | ANT |
| FILING | $195.00 | 04/09/2014 | NOT PAID | ANT |

### The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this November 21, 2014.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**



Court of Appeals, First District.
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
JAN 1 2 2015
CHRISTOPHER A. PRINE
CLERK



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 1W
0001372104 NOV. 21 2014.
$ 000.48⁰

CASE NO. 01-14-00293-CV
ANETTA MALONEY
2525 PERRYTON # 1104
DALLAS, TX 75224

NIXIE        755    FE 1    00        0001/05/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD